The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN STROUD, | ) |
| Plaintiff, | ) NO. 2:22-cv-01303-TL |
| vs. | ) **STIPULATION AND** ~~**[PROPOSED]**~~ |
| MANDARICH LAW GROUP and CAVALRY SPV I, LLC, | ) **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) |

**STIPULATION**

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party.

DATED October 25, 2022.

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:22-cv-01303-TL) — 1

| | |
|---|---|
| **SAVITT BRUCE & WILLEY, LLP**<br>Attorney for Defendants<br><br>By /s/ *Stephen C. Willey*<br>Stephen C. Willey, WSBA #24499 | **ANDERSON SANTIAGO, PLLC**<br>Attorneys for Plaintiff<br><br>By /s/ *T. Tyler Santiago*<br>T. Tyler Santiago, WSBA #46004 |

### ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court ORDERS that all claims herein are DISMISSED with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

Dated this 26th day of October 2022.

_____
Tana Lin
United States District Judge

Jointly presented by:

ANDERSON SANTIAGO, PLLC
Attorneys for Plaintiff

By /s/ *T. Tyler Santiago*
T. Tyler Santiago, WSBA #46004
207B Sunset Blvd. N
Renton, Washington 98057

SAVITT BRUCE & WILLEY LLP
Attorneys for Defendants

By /s/ *Stephen C. Willey*
Stephen C. Willey, WSBA #24499
1425 Fourth Avenue Suite 800
Seattle, WA 98101-2272

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:22-cv-01303-TL) — 2